UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

DART MACHINERY, LIMITED,

    Plaintiff,

vs.                                                                                          Case No. 08-12521

WILLIAM GLIDDEN,                                              District Judge David M. Lawson
                                                                                          Magistrate Judge R. Steven Whalen

    Defendant.
_____/

## SUPPLEMENTAL RESTRAINING ORDER

By its terms, the restraining order entered on June 26, 2008 [Docket #4] is to continue until further order of the Court. That order states that William Glidden "shall refrain from damaging, destroying, concealing, disposing of, or using so as to substantially impair their value, Dart Pro Stock engines numbers 001 and 004." For purposes of clarification, and for the reasons stated on the record on August 4, 2008, William Glidden, or anyone acting under his direction, in addition to any other action covered by the June 26, 2008 restraining order, is to refrain from using these engines for racing or racing related purposes, leasing or otherwise providing these engines to any other party for any purpose, or altering or modifying the engines.

      SO ORDERED.

                      S/R.  Steven Whalen  
                      R.  STEVEN WHALEN  
                      UNITED STATES MAGISTRATE JUDGE

Dated:  August 5, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 5, 2008.

                      S/Gina Wilson  
                      Judicial Assistant